**IN THE UNITED STATES DISTRICT COURT**
**NORTHER DISTRICT OF GEORGIA**

TRACEY CUNNINGHAM, ADRIANA                     )
CHRISTOPHER, CASSANDRA CRAWFORD,               )
DWAYNE BOWIE, SHIRLEY HALL, AVIS               )
RYAN, DANTE POUNDS, TAWONA                     )
LOWERY, SCOTT  REESE, TERRI HARRIS,            )
FAITH HAMPTON, WARDELL JENNINGS,               )
KARLAND STOKES,  LURA BAXTER,                  )
CHRISTOPHER RYLES, SANDRA BAYLOCK,             )
ZELENA BROWN, SASHA HARRIS, CALVIN             )
SCOFIELD, ERIC MCKINNON, CLARENCE              )
UNDERWOOD, BRANDON ROBERTSON,                  )
ALDEN WATERS, MONTRICE JOHNSON,                )
AMY MORGAN, DANIEL BELL, TINAKORN              )
NALAMPOON, GWENDALE STROZIER,                  )
TAMMY PAYTON, GAIL GOGGINS-                    )
HOLDER, TROY WILSON, AREIAL                    )
SIMMONS, MARC E. SCOTTON SR.,                  )
MAURICE LOVE, EMMIT C. STRINGER,               )
DARCY PATTERSON, ROSA TRUITT,                  )
ANNETTE GILBERT, SAVOYA B. LEMON,              )
JIMMY PARR, FRANK STRADFORD,                   )
DOMINIC ANAH, MICHAEL MITCHELL,                )
VERONICA KELLEY-AUSTIN, CARTER                 )
BERYSCE, WANAADA MURRAY,                       )
MAURICE ARNOLD, AVIS LOFTON,                   )
BILLY LOWRY, KENNETH OLIVER, BARRON            )
ROSS, MICHAEL PRITCHETT, DEXTER                )
MABRY, SHICANA BROWN, SHECOBIA                 )
MCCOY, ECTOR WALKER, TROY COSTON,              )
TEMIKA TILLMAN, HECTOR CABALLERO,              )
CHELANDA HARPER, FRANK JONES III,              )
RAYMOND BAULDING, EVELYN DAVIS,                )
STEVE BETTS, JOHANNE FRANCOIS, TIECE           )
WEST, YOWANDA CULLER, TAYLOR                    )
NAYMAN, TWANTTA CLERK-JENNINGS,                )
KENNETH SHROPSHIRE, NORMAN GIPSON,             )
JACQUELINE UNDERWOOD, PEARLIE                   )
YOUNG, LEATRA DENNARD, LASHONDRA               )
CHILDS, ANGELA MCCOY, SONJI BLOUNT,            )
RUBY SMITH, TRICIA FOSTER, MICHELLE            )

LIVINGSTON, MARY JORDAN, ANTHONY          )
BURGESS, RICHARD TURNBULL,                )
TEQUICHA THOMPSON, ANN'NA HENRY,          )
CORY MILLER, BETTY MANNEY**, TAMEKA       )
DAVIS, STEVEN DALEY, WILLIAM SANDERS,)
WILLIAM CARTER, BYRON MCMULLEN,           )
FATOU MBALLOW**, KEVIN MORTON,            )
STEPHANIE MORTON, ARONNE CAREY,           )
PHILIP DUNN, MARION GRIFFIN, III,         )
FELISHA HIGDON,  KENNETH SHROPSHIRE,      )
SHANNON ROBERSON, BRANDY COLTON,          )
DAMIEN BULTER, CHANTE HARRIS,             )
CAREY STEELE, ANTRON SHUMPERT,            )
GWENDOLYN DEVEREAUX, DAVID WELLS,         )
FREDERICK BANKS, JEREL CLIMPSON,          )
LORNA HEATH, MONSURU KOTUN,               )
BEVERLY TAYLOR, NECOLA ELVINE,            )
MICHAEL POTRUBACZ, ZELENA BROWN,          )
OZZ DURRAH, FELIX MORDI, SHELBY REID,     )
LEROY PENA, BAYUNKA CULBERSON,            )
LUE KING, MAKISHA ADAMS,                  )
PAMELA SHEFFIELD, PAMELA MURRY            )
RUSSELL STOKES, DERRIC CHAMBLEE           )
RODNEY HARP, BEATRICE MANS,               )
TAMEKA CHERRY, THOMAS ADDY.               )
LASHONTA MCELDERY, AARON WOFFORD          )
CHERYL LIMEHOUSE, YOLANDA JOHNSON,        )
EVAN SHAW, TERRI HARRIS, DEXTER           )
MABRY, DONNELL COCKHREN, DENISE           )
BENNETT,  T.J. COWINS, THOMAS ADDY,       )
JUDSON BYRANT, SHERRY HINES, CAROL        )
TUITT, JOHNNIE MOORE, TAIBATU OLOUTU,)
FELICIA HIDGON, JESSICA FINCH, ASHLEY     )
THORNTON, COREY ROBBINS, SERBER           )
CLARK-KENDLE, ERICA COSTON, JAMES         )
CONKLIN, SARAH JONES-VIE, BRYAN           )
TURNER, JANET JONES, JEFFERY MOFFETT,     )
ANTHONY WILLIAMS, WANDA BARNARD,          )
HILDA WIGGINS, DWAYNE HARRIS, NINA        )
MAYO, LARHONDA HOLIDAY, FRANCISCA         )
FLORENT, MARQUITAS LIVERMAN,              )
TWANTTA CLERK-JENNINGS, WILLIAM           )
CARMICHAE, CARMEN RUFF.                   )

TERESA DANIELS,  ARQUETTE OLIVER          )
CLIFTON MORRIS, HESTER LEE,               )
DOMINIQUE COUCH, TAMENIKA DELGADO, )
ALVIN SLOCUM, MARQUEZ BOGLE,              )
SHAWANDA THOMAS, JENNIFER MARLOW, )
RICHARD JACKSON, MARCUS PRESBURY-         )
LOMAX, KENYA BROOKS, SHAMEKA              )
ESCOFFERY, CHARLOTTE CALLAWAY,            )
MELINDA ALEXANDER, JACQUELYN              )
BROOKS, LINDA HOLMES, ZANIA               )
BENJAMIN, IRVELT BAROLETTE,               )
KAASHIF ESTRADA, JOSEPH                   )
LOVEJOY JR, DONALD BRAMBLETT,             )
ASHLEY HIGHTOWER, CHERRYL MILTON,         )
MARGARET WOODS, TARSHIA LEE,              )
KEISHA HEBERT, ANTHONY MATTHEWS,          )
DANIEL MEDRANO, SEAN WADE, CRYSTAL  )
DAUGHERTY, LATISHA GERALD,                )
DEBRA GREEN, MARKENNIS JACKSON,           )
KENYA EDWARDS, LUAQUARIUS DOYLE           )
LATASHIA ADAMS, LUCY JOHNSON,             )
BRAIN MARTIN, CORETTA HART, LEVAR         )
HAMM, JIMMY KENNEDY, GEORGE THARPE,)
RAQUEL HOWELL.                            )

MARGARET WARE, GEORGE ALLEN,              )
EARL SMITH, JR., ANGELA DANIEL,           )
JOHN STARKS, VINCENT COSBY, MARCUS        )
WOODS, CHERYL PAGE, MARIO SIMMONS,        )
MARILYN LEVO, KETERIA WYNN, XAVIER        )
CHERRY, KELLY REEVES, PRISCILLA ORR,      )
TYRONE INGRAM, CHRISTOPHER BAKER,         )
WILLIAM ANGRY, STANLEY P.J. MAYS,         )
ROSALYN GOOLSBY, NATTALY LUNDIE,          )
KEITH BATTLE, REGINALD TURNER,            )
EUGENE HAMM, VINCENT WILLIS,              )
KENNETH FEAGINS, DORTHY ABNER,            )
DOROTHY WILLIAMS, TRACY HARPER,           )
VINCE WILLIAMS, MELVIN SMITH, DONNA       )
WILLIAMS.                                 )

BRIDGETTE DZAH-FRANKS,                    )
JOLENE POON, ALSHADAY ABATE,              )

PAMELA AUSTIN, CEDRIC WALTERS,                )
KHALID WISE, JACQUELINE THOMPSON,             )
JENNIFER BROWN, MAXINE BLOUNT,                )
SHIRLEY HALL, MARCIA BAUGH,                    )
BRENDA BURROUGHS, LULA WILLIAMS,              )
MONICA WOODWARD, SANTRICE HUNT,               )
LINDA PLUMMER, JAHID ABDULSHALID,            )
NITOSHA RILEY, BRENDA JOHNSON,                )
BRUCE ALFORD, KIMBERLY ARNOLD                 )
GENEVA GOODEN, WANDA SMITH-CEESAY, )
MONICA WOODARD, KYNA WYNN,                     )
DENITA WATKINS, CHANTE HARRIS,                )
PAULETTE WILDY, TERESA KNOX,                   )
BELINDA ZACKARY, LACHONDA JOHNSON, )
TINA PONDER-LONG, MARISSA NELSON,             )
ALOYSIOUS NASH, SHARON WINSTON,               )
FELICIA IVEY. STEPHANIE BARNES,               )
ROCHELLE WASHINGTON, LINDA                     )
HENDERSON, PHILOMENA OTTOO                     )
EDWENA ROACH, DANYELL BOYD                     )
DANA SINGLETON, SHURMETRIA FREEMAN )
CYNTHIA BLUTT.                                 )
                                               )
     Plaintiffs                               )
                                               )
vs.                                            )
                                               )
FULTON County, GEORGIA,  JOHN H. EAVES, )
in his official capacity as a Fulton County    )
Commissioner, LIZ HAUSMANN,  in her official  )
capacity as a Fulton County Commissioner,      )
BOB ELLIS,  in his official capacity as a Fulton )
County Commissioner,  LEE  MORRIS, in his     )
official capacity as a Fulton County Commissioner )
JOAN  P. GARNER,  in her official capacity as a )
Fulton County Commissioner, MARVIN S.         )
ARRINGTON JR. in his official capacity as a    )
Fulton County Commissioner,  and EMMA I.      )
DARNELL in her  official capacity as a Fulton  )
County Commissioner and THEODORE              )
JACKSON in his official capacity as Sheriff  of )
Fulton County.                                 )
                                               )

Defendants                                    )

## CLASS ACTION

COMES NOW the Plaintiffs in the above styled action and states their complaint as follows:

### I.  INTRODUCTION

1.  This action is brought by current and former members of the Fulton County Sheriff's Office for violations of the Fair Labor Standards Act and unfair practices, whereby the Plaintiffs are deprived of overtime, vacation and holiday pay; and forced to forfeit thousands of hours of accumulated overtime, vacation and compensatory time. As a result of County policies and practices the County received thousands of dollars per year in unjust enrichment through failure to pay for services and forfeitures.

### II.  JURISDICTION

2.  This action is for violation of the Federal Fair Labor Standards Act 29 U.S.C. 201 et seq. This Honorable Court has jurisdiction over the Plaintiff's claims pursuant to 28 U.S.C. § 1331 and over the Plaintiff state law pendant claims pursuant to 28 U.S.C. §1367 (A)

3.  This Court is authorized to grant declaratory and injunctive relief pursuant to 28 USC §§ 2201 and 2202.

### III VENUE

4.  The Northern District of Georgia is an appropriate venue for this action because

defendants in their official capacities reside in this district. 28 USC § 1391(b)(1).  The

Northern District of Georgia is also an appropriate venue because the events giving rise to

Plaintiffs' claims have occurred in this district. 28 USC § 1391 (b)(2)

## IV THE PARTIES

5.      The following Plaintiffs are currently employed as deputy sheriffs or custodial officers of

the Fulton County Sheriff's Department :

TRACEY CUNNINGHAM, ADRIANA CHRISTOPHER, CASSANDRA

CRAWFORD, DWAYNE BOWIE, SHIRLEY HALL, AVIS  RYAN, DANTE

POUNDS, TAWONA LOWERY, SCOTT  REESE, TERRI HARRIS, FAITH

HAMPTON, WARDELL JENNINGS, KARLAND STOKES,  LURA BAXTER,

CHRISTOPHER RYLES, SANDRA BAYLOCK, ZELENA BROWN, SASHA

HARRIS, CALVIN SCOFIELD, ERIC MCKINNON, CLARENCE UNDERWOOD,

BRANDON ROBERTSON,  ALDEN WATERS, MONTRICE JOHNSON, AMY

 MORGAN, DANIEL BELL, TINAKORN  NALAMPOON, GWENDALE STROZIER,

AMMY PAYTON, GAIL GOGGINS-HOLDER, TROY WILSON, AREIAL

SIMMONS, MARC E. SCOTTON SR., MAURICE LOVE, EMMIT C. STRINGER,

DARCY PATTERSON, ROSA TRUITT, ANNETTE GILBERT, SAVOYA B. LEMON**,**

JIMMY PARR, FRANK STRADFORD**,** DOMINIC ANAH, MICHAEL MITCHELL,

VERONICA KELLEY-AUSTIN, CARTER  BERYSCE**,** WANAADA MURRAY**,**

MAURICE ARNOLD, AVIS LOFTON, BILLY LOWRY, KENNETH OLIVER,

BARRON ROSS, MICHAEL PRITCHETT, DEXTER MABRY, SHICANA BROWN,

SHECOBIA MCCOY, ECTOR WALKER, TROY COSTON**,** TEMIKA TILLMAN,

HECTOR CABALLERO, CHELANDA HARPER, FRANK JONES III**,** RAYMOND

BAULDING**,** EVELYN DAVIS, STEVE BETTS**,** JOHANNE FRANCOIS, TIECE

WEST, YOWANDA CULLER, TAYLOR NAYMAN, TWANTTA CLERK-

JENNINGS, KENNETH SHROPSHIRE, NORMAN GIPSON, JACQUELINE

UNDERWOOD, PEARLIE YOUNG, LEATRA DENNARD, LASHONDRA

CHILDS, ANGELA MCCOY, SONJI  BLOUNT, RUBY SMITH, TRICIA FOSTER,

MICHELLE  LIVINGSTON, MARY JORDAN, ANTHONY BURGESS, RICHARD

TURNBULL, TEQUICHA THOMPSON, ANN'NA HENRY, CORY MILLER, BETTY

MANNEY**,** TAMEKA  DAVIS, STEVEN DALEY, WILLIAM SANDERS, WILLIAM

CARTER, BYRON MCMULLEN, FATOU MBALLOW**,** KEVIN MORTON,

STEPHANIE MORTON, ARONNE CAREY, PHILIP DUNN, MARION GRIFFIN, III,

FELISHA HIGDON,  KENNETH SHROPSHIRE, SHANNON ROBERSON, BRANDY

 COLTON, DAMIEN BULTER, CHANTE HARRIS, CAREY STEELE, ANTRON

SHUMPERT,  GWENDOLYN DEVEREAUX, DAVID WELLS,   FREDERICK

 BANKS, JEREL CLIMPSON, LORNA HEATH, MONSURU KOTUN,   BEVERLY

 TAYLOR, NECOLA  ELVINE, MICHAEL POTRUBACZ, ZELENA BROWN,

OZZ  DURRAH, FELIX  MORDI, SHELBY REID,  LEROY PENA,  BAYUNKA

CULBERSON, LUE KING, MAKISHA ADAMS, PAMELA SHEFFIELD, PAMELA

MURRY, RUSSELL STOKES, DERRIC CHAMBLEE, RODNEY HARP, BEATRICE

MANS, TAMEKA CHERRY, THOMAS ADDY. LASHONTA MCELDERY, AARON

WOFFORD, CHERYL LIMEHOUSE, YOLANDA JOHNSON, EVAN SHAW, TERRI

HARRIS, DEXTER  MABRY, DONNELL COCKHREN, DENISE  BENNETT,  T.J.

COWINS, THOMAS ADDY,  JUDSON BYRANT, SHERRY HINES, CAROL

TUITT, JOHNNIE MOORE, TAIBATU OLOUTU, FELICIA HIDGON, JESSICA

FINCH, ASHLEY THORNTON, COREY ROBBINS, SERBER CLARK-KENDLE,

ERICA COSTON, JAMES CONKLIN, SARAH JONES-VIE, BRYAN TURNER,

JANET JONES, JEFFERY MOFFETT, ANTHONY WILLIAMS, WANDA BARNARD,

HILDA WIGGINS, DWAYNE HARRIS, NINA  MAYO, LARHONDA HOLIDAY,

FRANCISCA  FLORENT, MARQUITAS LIVERMAN, TWANTTA CLERK-

JENNINGS, WILLIAM  CARMICHAE, CARMEN RUFF. TERESA DANIELS,

ARQUETTE  OLIVER, CLIFTON MORRIS, HESTER LEE, DOMINIQUE COUCH,

TAMENIKA DELGADO, ALVIN SLOCUM**,** MARQUEZ BOGLE, SHAWANDA

THOMAS**,** JENNIFER MARLOW,  RICHARD JACKSON, MARCUS PRESBURY-

LOMAX, KENYA BROOKS, SHAMEKA  ESCOFFERY**,** CHARLOTTE

 CALLAWAY,MELINDA ALEXANDER, JACQUELYN  BROOKS, LINDA HOLMES,

 ZANIA  BENJAMIN, IRVELT BAROLETTE**,**  KAASHIF ESTRADA**,** JOSEPH

LOVEJOY JR, DONALD BRAMBLETT, ASHLEY HIGHTOWER, CHERRYL MILTON, MARGARET WOODS, TARSHIA LEE, KEISHA HEBERT, ANTHONY MATTHEWS, DANIEL MEDRANO, SEAN WADE, CRYSTAL  DAUGHERTY, LATISHA GERALD, DEBRA GREEN, MARKENNIS JACKSON, KENYA EDWARDS, LUAQUARIUS DOYLE LATASHIA ADAMS, LUCY JOHNSON, BRAIN MARTIN, CORETTA HART, LEVAR  HAMM, JIMMY KENNEDY, GEORGE  THARPE, RAQUEL HOWELL.

6.      The following Plaintiffs are currently employed as clerks or other non emergency administrative employees of the Fulton County Sheriff's Department:

*BRIDGETTE DZAH-FRANKS,  JOLENE  POON, ALSHADAY ABATE, PAMELA AUSTIN, CEDRIC WALTERS, KHALID WISE, JACQUELINE THOMPSON, JENNIFER BROWN, MAXINE BLOUNT, SHIRLEY HALL, MARCIA BAUGH, BRENDA BURROUGHS,  LULA WILLIAMS,  MONICA WOODWARD, SANTRICE HUNT, LINDA PLUMMER, JAHID ABDULSHALID, NITOSHA RILEY, BRENDA JOHNSON, BRUCE ALFORD,  MARCIA BAUGH, KIMBERLY ARNOLD, GENEVA GOODEN, WANDA SMITH-CEESAY., MONICA WOODARD, KYNA WYNN, DENITA WATKINS, CHANTE HARRIS, PAULETTE WILDY, TERESA KNOX, BELINDA ZACKARY, LACHONDA JOHNSON, TINA PONDER-LONG, MARISSA NELSON,*

ALOYSIOUS NASH, SHARON WINSTON, FELICIA IVEY. STEPHANIE BARNES,

ROCHELLE WASHINGTON, LINDA HENDERSON, PHILOMENA OTTOO

EDWENA ROACH, DANYELL BOYD, DANA SINGLETON, SHURMETRIA

FREEMAN and CYNTHIA BLUTT.

7.     The following Plaintiffs are former employees of the Fulton County Sheriff's Department

who have retired or left the Department:

MARGARET WARE, GEORGE ALLEN, EARL SMITH, JR., ANGELA DANIEL,

JOHN STARKS, VINCENT COSBY, MARCUS WOODS, CHERYL PAGE, MARIO

SIMMONS, MARILYN  LEVO**,** KETERIA WYNN, XAVIER CHERRY, KELLY

REEVES, PRISCILLA ORR,   TYRONE INGRAM, CHRISTOPHER BAKER,

WILLIAM   ANGRY**,** STANLEY P.J. MAYS**,** ROSALYN GOOLSBY,  NATTALY

LUNDIE**,**  KEITH BATTLE, REGINAL TURNER, EUGENE HAMM, VINCENT

WILLIS, TRACY HARPER, DOROTHY WILLIAMS, KENNETH FEAGINS,

DOROTHY ABNER, TRACY HARPER, VINCE WILLIAMS, MELVIN SMITH, and

DONNA WILLIAMS.

8.     The Defendant, Theodore Jackson, is the duly elected Sheriff of Fulton County and is sued

in his official capacity. As Sheriff, Defendant Jackson is responsible for properly

establishing procedures for his department and his employees fairly compensate the

employees, and that the County is properly complying with the Fair Labor Standards Act

with regards to the members of his department.

9.      The Defendant Fulton County, Georgia (hereinafter "the County"), is the governmental
unit responsible for properly complying with the Fair Labor Standards Act and
establishing policies and practices that ensure proper compensation to the employees such
as the Plaintiffs herein.

10.     The Fulton County Commission, and its members, John H. Eaves, Liz Hausmann, Bob
Ellis, Lee Morris, Joan P. Garner, Marvin S. Arrington Jr., and Emma I. Darnell, exercise
authority under Georgia law over the Sheriff's Department and its employees. They are
obligated to properly initiate and enforce policies in compliance with the Fair Labor
Standards Act that fairly and correctly compensate employees for the work performed. The
Fulton County Commission approved and put into practice the polices complained of
herein.

## V.  CLASS ACTION ALLEGATIONS

11.     Plaintiffs bring this action on behalf of themselves and all others who are similarly situated
pursuant to Rule 23(a) and (b)(2) of the Federal Rules of Civil Procedure. The proposed
class consists of all Fulton County Sheriff's Department employees who are currently
employed or were employed within the last two years.

12.     There are questions of law and fact common to the class. Further, the class is so numerous
that joinder of all members is impracticable

13.     The named Plaintiffs will fairly and adequately represent the interest of the class. Because

all employees within the class are entitled to pay for their overtime work, and to be treated fairly pursuant to the Fair Labor Standards Act, they possess the requisite personal interest in the subject matter. They are represented by counsel who is experienced in constitutional and civil rights litigation involving law enforcement personnel.

## VI  FACTUAL ALLEGATIONS

14.   Plaintiffs that have either retired or left the employment of the County have been forced to forfeit thousands of hours of accumulated overtime and compensatory time  that the County had rolled over into a category labeled sick time before they left the County.

15.   Plaintiff Rosalyn Goolsby retired on October 19, 2014. Upon her retirement she was forced to forfeit over Two Thousand (2,000) hours unpaid sick time.

16.   Plaintiff Nattaly Lundic retired on July 20, 2015 . Upon her retirement she was forced to forfeit over Six Hundred (600) hours unpaid sick time.

17.   Plaintiffs Goolsby and Lundic are typical of the employees of Fulton County Sheriff's Department who either have suffered such forfeitures or will suffer such forfeiture upon leaving the County's employment.

18.   The conditions, policies, customs and practices challenged in this action apply with equal force to the named Plaintiffs and all other members of the class so that the claims of the named Plaintiffs are typical of those of the class. As described in further detail in the factual allegations, these policies and customs include Defendant's use of compensatory time to deprive employees of vacation benefits, overtime pay, holiday pay and sick time.

The policies further deprives employees of paid holidays. Under these policies the County enjoys an unjustified enrichment by rolling over the employee's overtime, compensatory time and vacation time into a category labeled sick time and then requiring the employee to forfeit all or part of the sick time upon leaving the County..

19.   Although the Plaintiffs are members of the Fulton County Sheriff's Department, they are employees of Fulton County.  The pay and working conditions are set by Fulton County Human Resources Department and by the County Commissioners.

20.   Pursuant to County HR Policy PR-300-12 "Non-exempt employees who perform overtime work which exceeds the maximum number of hours prescribed for standard work periods which are established in their respective departments, including work performed on County holidays or official "off time" which exceeds the maximum prescribed number of hours, minus any non-compensable leave taken, shall be entitled to receive either overtime pay at 1.5 times their regular salary rates, or compensatory time at 1.5 hours for each hour worked, which is applicable under the Fair Labor Standards Acts (FLSA)..."

21.   Fulton County has an active policies whereby the members of the Fulton County Sheriff's Office, regardless of whether they are law enforcement, clerks or other administrative positions, are forced to take compensation time rather than be paid overtime. Even though the policy provides the employee with the choice of overtime or compensatory time, the employee is forced to take compensatory time.

22.   The clerks and other administrative personnel of the Sheriff's Department are not part of the emergency forces and/or the class identified by the Fair Labor Standards Act. They

should be paid overtime rather than compensation time.

23.     Pursuant to County HR Policy PR-300-12 "...all personal (vacation) leave taken shall be

        charged by such employees to their accrued compensatory time balances unless otherwise

        exempted by the County Manager..."

24.     Pursuant to County HR Policy PR-1200-2(1) "Employees occupying permanent positions

        shall each accrue vacation leave based upon active creditable service, at the rates specified

        below. Vacation leave may be accumulated to a maximum number of standard hours;

        provided, however, that any accrued vacation leave in excess of that amount may be added

        to earned/accrued sick leave balances."

25.     PR-1200-2(1) further provides "Maximum accrual: 360 standard hours (80 hour

        Employees); 382 hours (85 hour Employees); and 540 hours (106 hour Employees)

26.     Pursuant to the Fulton County Policy, employees are forced to use compensatory time,

        rather than their accrued vacation time. Since the employee cannot use the accumulated

        vacation time, this allows the County to roll over the accumulated vacation time earned

        into the sick leave balances pursuant to PR-1200.

27.     Pursuant to HR Policy PR-1200-3(1) " Eligible employees who are entitled to vacation

        leave as specified in PR-1200-2 shall be granted sick leave to be accrued at the rate of 3

        hours and 42 minuted for each full bi-weekly pay period (3.55 for 85 hour employees; and

        5.33 for 106 hour employees) of active creditable service in addition to any excess

        vacation time that may be credited to the sick leave balance...."

28.    Pursuant to County HR Policy PR1200-13(1) An employee who is dismissed, resigns, retires, is laid off, or whose appointment has expired, shall receive pay for all accrued vacation leave, compensatory leave and/or holiday leave to which he or she was entitled at the time of such separation, payable on the payday following the issuance of the final check for hours worked."

29.    PR1200-13 makes no provision for the employee to receive their pay for holiday and vacation time that has been rolled over into the sick leave.

30.    Employees who leave the County's employment prior to retirement are not paid for their sick leave even though the sick leave includes vacation, holiday and possibly compensatory time earned.

31.    Employees who retire early are also limited in the amount and way to which they can use their accumulated sick leave resulting in a forfeiture of hours and pay earned.

32.    HR policy PR-1200-10 (1) provides "Official County holidays with pay shall be designated and observed for all employees as approved by the Board of Commissioners and announced publicly. A holiday is equivalent to the number of hours in an employee's regular shift. In order to qualify for holiday pay, an employee must have been in a pay status immediately before and immediately after the holiday."Pay status" is defined as either working on the scheduled workday or being on approved leave in any paid category

33.    HR policy PR-1200-10(3) provides "Employees who may be required to work on a County holiday which falls on the employee's regular work day, may be compensated with

"Holiday" time at 1.0 hours for each hour worked.

34.     HR policy PR-1200-10(4) provides "If the holiday falls on an employee's officially
        scheduled off day, the employee shall be granted 1.0 hours "Holiday" time for each hour in
        the employee's regular shift.

35.     Notwithstanding PR-1200, plaintiffs are given the holiday pay, but are also charged
        against their compensatory time for the hours.

36.     Notwithstanding PR-1200, plaintiffs are given the holiday pay, but if they work overtime
        during the same pay period they are not paid for the overtime hours unless they are also
        charged against their compensatory time for the hours.

37.     There are no known policies that provide for how the County is conducting the
        holiday/compensatory time is the manner identified in ¶¶ 32 and 33.

38.     Prior to filing this complaint counsel for Plaintiffs made a request upon the Fulton County
        Legal Department for copies of all personnel polices that were in effect governing
        vacation, compensatory, holiday and sick leave pay in order to verify or determine whether
        there were other polices that might bring the County's actions within the Fair Labor
        Standards Act, but the County Legal Department has refused to comply even though they
        orally agreed to produce the policies by Monday , January 25,2016.

VI. CAUSES OF ACTION

COUNT ONE

39.     The Plaintiffs are employees as defined by the Fair Labor Standards Act of 1938,as amended, and are covered under the provisions of said Act.

40.     Fulton County's policies are designed to avoid or minimizing paying the Plaintiffs for services performed.

41.     By requiring the Plaintiffs to use compensatory time in lieu of vacation and/or leave time prevents the Plaintiffs from accruing their earned vacation hours.

42.     By rolling over, or combining, the use of compensatory time, holiday pay, vacation hours and sick leave then refusing to pay for said sick leave upon leaving the County's employment, the County is not paying the employees for their hours worked or earned.

43.     The County uses the rollover provisions to avoid paying the employees earned vacation and overtime compensation.

44.     The system employed by Fulton County whereby the Plaintiffs are forced to use compensatory time in lieu of vacation time violates the FLSA.

45.     As a result of the policies of Fulton County, the Plaintiffs have suffered damages and will continue to suffered damages.

COUNT TWO

46.     Pursuant to the policies of Fulton County, sick time is a combination of overtime, vacation time, holiday time and sick time.

47.     Pursuant to the policies of Fulton County, employees who leave the employment of the County forfeit their sick time.

48.     Pursuant to the policies of Fulton County, employees who retire may not be allowed to take their sick time with them or get compensated for the earned sick time.

49.     By requiring the Plaintiffs to forfeit accumulated sick time (which is in reality a combination of vacation, compensatory and/or holiday pay) the County is making a seizure of the Plaintiffs' wages and benefits without compensation.

50.     The County's policy on sick time is a violation of the Fair Labor Standards Act since the sick time includes vacation and holiday pay.

51.     As a result of the policies of Fulton County, the Plaintiffs have suffered damages and will continue to suffered damages.

COUNT THREE

52.     The County contracts to compensate the Plaintiffs and other employees of the Sheriff's Department in accordance with the published County policies.

53.     That the County and Sheriff Jackson violated the terms of the Agreement between the employees.

54.     The County, as part of the Plaintiffs compensation, promises to pay for sick time and establishes an accumulation system.

55.     The Plaintiffs were told that they would be allowed to take their sick time compensation

with them if they left the County's employment.

56.     The County does not allow the employees be compensated for their sick time if they leave the County.

57.     As a result of the County's actions the Plaintiffs have suffered over $ 4,000,000.00 in lost hours and other compensation.

## COUNT FOUR

58.     The Plaintiffs whose duties are stickily administrative are not law enforcement or emergency officers as defined under the Fair Labor Standards Act.

59.     The County is under a duty to pay these employees overtime pay.

60.     The County forces these employees to accept compensatory time rather than overtime.

61.     The County's policy as to these Plaintiffs violates the Fair Labor Standards Act.

62.     As direct result of the County's policies the administrative personnel have suffered damages.

## COUNT FIVE

63.     That the County's policy of rolling over vacation, compensatory, and holiday hours into sick time and then making the employee forfeit the time constitute a wrongful taking of the employees benefits without compensation.

64.     The Court should exercise its authority to grant declaratory and injunctive relief pursuant

to 28 USC §§ 2201 and 2202 and declare the County's policies to be in violation of the Fair Labor Standards Act.

WHEREFORE Plaintiff's pray:

a.    That this Honorable Court certify and Order that this case be maintained as a Class Action pursuant to Rule 23 (a) and Rule 23 (b)(2) of the Federal Rules of Civil Procedure.

b.    That the County and Sheriff Jackson's Policies and Conduct concerning employee overtime and benefits is found to be in violation of the Fair Labor Standards Act.

c.    That the Court find Fulton County and Sherif Jackson have engaged in a pattern of conduct that deprives the employees of their just compensation and benefits.

d.    That the Plaintiff's be awarded damages in the form of past due compensation for overtime, compensation time, vacation pay, sick leave in the amount of not less than  Six-Million ($6,000,000.00) Dollars.

e.    That Fulton County Personnel Policies as to the members of the Sheriff's Department, be ordered to be changed so as to justly compensate the employees for their overtime, vacation, holiday and sick time, in order to bring the policies into compliance with the Fair Labor Standards Act.

f.    That Fulton County Personnel Policies be changed so as to allow the Plaintiffs to be able to chose when they want to use compensatory time and/or vacation time.

g.    That Fulton County Personnel Policies as to the members of the Sheriff's Department, be

changed so as to eliminate the forfeiture provisions of sick time, or in the alternative, that

vacation, holiday and sick time be kept separate and distinct.

h.     That Plaintiffs be awarded reasonable attorney's fees and costs for having to prosecute this

action.

Respectfully submitted.

/s/Clifford H. Hardwick
Clifford H. Hardwick
Attorney for the Plaintiffs
Georgia Bar No. 325675

Roswell Professional Park
Suite One, Building 1
1205 Alpharetta Highway
Roswell, GA 30076
Tel: (770) 772-4700
Fax: (770) 772-4488

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| TRACEY CUNNINGHAM, ET AL | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | : | CIVIL ACTION FILE |
| | : | NO. |
| FULTON COUNTY GEORGIA, ET AL | : | |
| Defendants | : | |

PLAINTIFFS' DEMAND FOR JURY TRIAL

Comes now Tracey Cunningham, et al, Plaintiffs herein, and files this their demand for trial by jury.

Respectfully submitted.
/s/Clifford H. Hardwick
Clifford H. Hardwick
Attorney for the Plaintiffs
Georgia Bar No. 325675

Roswell Professional Park
Suite One, Building 1
1205 Alpharetta Highway
Roswell, GA 30076
Tel: (770) 772-4700
Fax: (770) 772-4488