IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TRACEY CUNNINGHAM, et al., | : |
| | : |
| Plaintiffs, | : |
| | : CIVIL ACTION NO. |
| v. | : 1:16-CV-533-RWS |
| | : |
| FULTON COUNTY, et al., | : |
| | : |
| Defendants. | : |

## **ORDER**

This matter is before the Court on Plaintiffs' Motion to Dismiss [Doc. No. 42], which is GRANTED.  Plaintiffs' claims against Defendants Eaves, Hausmann, Ellis, Morris, Garner, Arrington, and Darnell are hereby DISMISSED with prejudice.

**SO ORDERED**, this 14th day of July, 2017.

_____
**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)